Sure Way NY, Inc., as Assignee of Fagan, Esther, Respondent, 
against
Travelers Insurance Company, Appellant.




The Rybak Firm, PLLC (Duane Frankson of counsel), for appellant.
Law Offices of Aloy O. Ibuzor (Damin J. Toell and Karina Barska of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Katherine A. Levine, J.), entered April 20, 2016. The order denied defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, without costs, and defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from an order of the Civil Court which denied defendant's motion for summary judgment dismissing the complaint.
For the reasons stated in Sure Way, Inc., as Assignee of Dixin, Marla v Travelers Ins. Co. (__ Misc 3d ___, 2019 NY Slip Op ______ [appeal No. 2017-9 K C], decided herewith), the order is reversed and defendant's motion for summary judgment dismissing the complaint is granted.
The decision and order of this court dated July 13, 2018 (60 Misc 3d 139[A], 2018 NY Slip Op 51130[U]) is hereby recalled and vacated (see motion decided simultaneously herewith).
PESCE, P.J., WESTON and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 15, 2019